UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JESSICA JIMENEZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 1:14-cv-00627-RLY-MJD |
| | ) |
| CAROLYN W. COLVIN, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

Comes now the court, having this day reversed the decision of the ALJ denying Plaintiff's application for benefits, and remands this case for further proceedings consistent with the court's opinion.

**SO ORDERED** this 21st day of July 2015.

Laura A. Briggs, Clerk

BY: _____
Deputy Clerk, U.S. District Court

_____
RICHARD L. YOUNG, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.